

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2015

No. 04-15-00591-CV

**IN THE INTEREST OF M.G.F., N.J.F. AND K.R.F.**, Children,

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 13381B
Honorable Rex Emerson, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights. Accordingly, this court must dispose of this appeal no later than 180 days after the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6. The clerk's record for this appeal was due to be filed on September 28, 2015.

On September 30, 2015, the trial court clerk filed a notification of late record stating the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court